# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TEAMSTERS LOCAL UNION NO. 1199,**

    Plaintiff,

v.

**Case No. 1:19-cv-0732**
**JUDGE EDMUND A. SARGUS, JR.**

**COCA-COLA CONSOLIDATED, INC.,**

    Defendants.

## ORDER

On September 24, 2019, this matter came before the Court for a hearing on Plaintiff's Application for a Temporary Restraining Order. (ECF No. 2). Plaintiff presented a single witness. For the reasons stated in open court, that application is **DENIED**.

**IT IS SO ORDERED.**

9-24-2019
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE